UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **PHAEDRA PRESTON,** individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>**WORLD TRAVEL HOLDINGS, INCORPORATED**,<br><br>　　　　　　Defendant. | CIVIL ACTION<br><br>Case No.: 1:23-cv-12389<br><br>Hon. Julia E. Kobick |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiff Phaedra Preston ("Plaintiff"), by way of her Motion for Final Approval of Settlement (scheduled for hearing on December 10, 2024 at 2:00 p.m) respectfully requests entry of an order (1) certifying a class for settlement purposes under the Federal Rules of Civil Procedure, Rule 23 (e.g., "Rule 23") and certifying a FLSA collective for settlement purposes under 29 U.S.C. § 201, *et seq.* (as defined in the Parties' Joint Stipulation of Class Action Settlement (hereinafter "Settlement Agreement")); (2) finally approving the Parties' (hereinafter "Settlement Agreement"); (3) appointing Plaintiff Phaedra Preston as Class Representative for the Class/Collective and Plaintiffs' counsel as Class Counsel; and (4) awarding fees to the third-party Settlement Administrator Atticus Administration LLC.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendant has reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

This Motion is based upon the Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement, the Declaration of Class Counsel, the [Proposed] Order, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

Date: October 25, 2024

Respectfully Submitted,

*/s/ Kevin J. Stoops*
Kevin J. Stoops (admitted Pro Hac Vice)
Kate Milz (admitted Pro Hac Vice)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Tel: (248) 355-0300
kstoops@sommerspc.com
kmilz@sommerspc.com

Benjamin K. Steffans (BBO# 568535)
STEFFANS LEGAL, PLLC
10 Wendell Ave. Ext. Ste 208
Pittsfield, MA 01201
Tel: (413) 418-4176
bsteffans@steffanslegal.com

*Attorneys for the Plaintiff and the Putative Class Members*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will automatically send notice of such filings to all counsel of record.

*/s/ Kevin J. Stoops*
Kevin J. Stoops (admitted *Pro Hac Vice*)